Richard A. Marshack
rmarshack@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, CA 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:07-bk-10760-ES |
| ORTHO SHOCK WAVE THERAPY, INC., | Chapter 7 |
| | REPORT OF UNDISTRIBUTED BALANCE UNDER FEDERAL BANKRUPTCY RULE 3011 |
| Debtor. | [No Hearing Required] |

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Please find annexed hereto check number __71001__, in the amount of $ 810.80 representing the total undistributed balance in the above-entitled Debtor's estate, which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. The name(s) and address(es) of the Parties entitled to said unclaimed funds is as follows. See Attachment.

Dated: September 18, 2016              /s/ Richard A. Marshack
                                       RICHARD A. MARSHACK
                                       Chapter 7 Trustee

1

1

ATTACHMENT

2  DEBTOR.
   CASE NO.

3

| Claim # | Name | Address | Amount |
|---|---|---|---|
|  |  |  |  |
| 9 | Canon Business Solutions | Attn.: Corporate Officer<br>110 West Walnut Street<br>Gardena, CA 90248 | $4.38 |
| 13 | Siemens Medical Solutions | 1230 Shorebird Way<br>MS 1-2<br>Mt. View, CA 94043 | $40.95 |
| 18 | Medical Management Network, Inc. | Attn.: Corporate Officer<br>7291 Garden Grove Blvd, Suite H<br>Garden Grove, CA 92841 | $765.47 |
|  |  | Total Unclaimed Dividends | $ 810.80 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled (*specify*): **REPORT OF UNDISTRIBUTED BALANCE UNDER FEDERAL BANKRUPTCY RULE 3011**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 18, 2016**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
- Michael R Adele     techlitcenter@yahoo.com, kadele@wgllp.com
- Lynda T Bui     lbui@shbllp.com
- Lynda T Bui     lbui@shbllp.com
- Joseph A Ferrucci     jferrucci@oc-litigation.com
- Monique D Jewett-Brewster     mjb@hopkinscarley.com, vtorres@hopkinscarley.com
- John H Kim     jkim@cookseylaw.com, jhkim@ecf.courtdrive.com
- Richard A Marshack     pkraus@shbllp.com, rmarshack@iq7technology.com
- Richard A Marshack (TR)     pkraus@marshackhays.com, rmarshack@iq7technology.com
- R G Pagter     gibson@pagterandmiller.com, ecf@ppilawyers.com
- Uzzi O Raanan     uor@dgdk.com, DanningGill@gmail.com;uraanan@ecf.inforuptcy.com
- Leonard M Shulman     lshulman@shbllp.com
- Linh K Tran     bk.mail@quantum3group.com
- United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov
- Annie Verdries     verdries@lbbslaw.com, Autodocket@lbbslaw.com
- Gilbert B Weisman     notices@becket-lee.com
- Dennis Winters     winterslawfirm@cs.com
- Pamela Jan Zylstra     zylstralaw@gmail.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On _, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 18, 2016 | Pamela Kraus | /s/ Pamela Kraus |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    **F 9013-3.1.PROOF.SERVICE**